### BURTON vs. TEMPLE.

A defendant can not be held to bail in an action or *tort*, where it appears that he is a householder and freeholder residing in the county.

*Motion to vacate an order of supreme court commissioner, holding defendant to bail and for his discharge from arrest.*—Facts: the ac etiam clause in the capias was for *trespass, assault and battery,* and on an affidavit of plaintiff stating the facts, an order was endorsed on capias holding defendant to bail; the defendant is a householder and a freeholder, residing in the city of Albany, where the order to hold to bail was granted.

CAGGER & STEVENS, *Def's Attys.*    JOHN I. BURTON, *Atty in pro. per.*

*Decision.*—Motion granted with costs.